ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 24 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

TWT

IRSAT GUNAWAN

 Plaintiff

Vs.

ADVARSARY COMPLAINT

CASE NO: 1:10-CV-1579

JURY TRIAL DEMANDED

TITLEMAX OF SOUTH CAROLINA INC

 Defendant

## COMPLAINT FOR DAMAGES

### With Stay of All Personal property foreclosure actions

### Pursuant to 28 USC 1367 & 28 USC 1446D

BILL AT LAW: (COMPLAINT)

Against Truth in lending Violations with

Jury Demanded Pursuant to FRCVP Rule 38(a)(b),

Rule 39 and Rule 17(b) governing capacity

By Judicial Notice and all Oaths of Office

NOW COMES THE PLAINTIFF under grace whereby domiciled the complaint of the petitioner and state the following. This Complaint is concerns one vehicle; an 2002 CADILLAC ESCALADE with Vin # 1GYEC63T02R31875.

1. All defendants are entities, associations and or sub-corporations of the several unified under THE UNITED STATES, INC., and doing business in commerce within the state of Georgia, which gives the court personal jurisdiction over the defendants and Parties.

2. The contract, i.e. promise to pay "promissory note" issued by the Plaintiff did accompany a installment of trust among the parties, which was duly executed with the corporate limits of State, which gives the court jurisdiction over the subject matter.

3. The Plaintiff herein complains that all Defendant holding the notes failed to disclose all. Namely the demand deposit made as a direct result of the Plaintiff execution of the wet ink.

4. It is well settled that there was at no time constitutional dollars issued in party with any of the transactions connected to the alleged loans.

5. Based upon information and belief, the Defendant altered the contract (note) voiding the enforcement of any remedy it may have had prior to such alteration whereby Plaintiff demands to inspect the original note.

## The First Cause of Action

### (Unlawful Alteration of the Contract)

6. Plaintiff incorporated paragraph 1 through 5 into this cause of action as if repeating it all over verbatim hereto by reference, believing Defendant had the direct duty to preserve the not in its original condition.

7. Defendant failed to issue (Loan) constitutional dollars in the transaction, issuing credit which was unconstitutional at best.

8. The Defendants failed to disclose a material fact concerning the demanded deposit of the not pledge which caused the Plaintiff to be the true lender in the transaction.

9. The Defendants is believed to have used a common practice which was used by the Goldsmiths who keep the coins on deposit in their warehouse, thus creating money out of thin air against Article 1 Section 10 of the United States Constitution at large.

10. According, a uniform Standard was also set governing disclosure issues involving loan transaction. Federal Law required such promulgation to be

enacted under Truth in Lending Laws. The Defendants failed to such information under disclosure and is secret continues to collect on contract which must be altered from its original condition.

11. Moreover, Defendants have received credits without disclosure and notice from the note, from note and Defendants refuse to share those credits with plaintiff under any circumstance whatsoever.

## Relief Sought

12. Plaintiff seek remedy as a right and a matter of law in equity, to compel tie original documentation be brought before the court as evidence of the holder-in-due-course of the security instrument needed to have proper standing before the court.

13. Plaintiff seek redress against that which has been charged interest upon the money/ credit issued by the plaintiff without understanding it was the Plaintiff own credit; through the wet ink that funded the allege loan the color of banking.

## VERIFICATION
### (Affidavit)

The undersigned Affiant IRSAT GUNAWAN by appellation does here with swear, declare and affirm that the Affiant executes this Affidavit with sincere

intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury, that I **do not** have an Attorney at law to represent me in this case. Also that the contents are true, correct and not misleading to the best of his knowledge.

_____

Plaintiff
Pro se

391 17 St NW Suite 4011
8 M    Atl    30363

864 992 9971